IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

DILLON ALEX STEELE

No. 2-15-CR-001-J

INDICTMENT

The Grand Jury Charges:

Count One
Mailing Threatening Communications
(Violation of 18 U.S.C. § 876(c))

On or about April 10, 2014, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Dillon Alex Steele**, defendant, did knowingly cause to be delivered by the United States Postal Service according to the directions thereon, a communication postmarked on or about April 10, 2014, addressed to "Hon. Mary Lou Robinson, Federal Courthouse, 205 E. 5th St, Rm 226 Box F-13248, Amarillo, TX 79101," and containing a threat to injure Mary Lou Robinson, who is a United States District Judge, and other officials who are covered by Title 18, United States Code, Section 1114.

All in violation of 18 U.S.C. § 876(c).

**Dillon Alex Steele**
Indictment — Page 1

<u>Count Two</u>
Threatening to Damage or Destroy Property by Means of Explosive
(Violation of 18 U.S.C. § 844(e))

On or about April 10, 2014, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Dillon Alex Steele**, defendant, through the use of the mail, knowingly and willfully made a threat to kill, injure, and intimidate Mary Lou Robinson, who is a United States District Judge, and other officials who are covered by Title 18, United States Code, Section 1114, and to unlawfully damage and destroy a building and real and personal property by means of fire and an explosive, in and affecting interstate and foreign commerce.

All in violation of 18 U.S.C. § 844(e).

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

_____
JOSHUA FRAUSTO
Assistant United States Attorney
Texas State Bar No. 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2322
Facsimile:   806-324-2399
E-Mail:      joshua.frausto@usdoj.gov

**Dillon Alex Steele**
Indictment — Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

DILLON ALEX STEELE

INDICTMENT

18 U.S.C. § 876(c)
Mailing Threatening Communications
18 U.S.C. § 844(e)
Threatening to Damage or Destroy Property by Means of Explosive

(2 COUNTS)

A true bill rendered:

Amarillo _____ /s/ _____ FOREPERSON

Filed in open court this __15th__ day of __January__, A.D. 2015.

_____ Clerk
ARREST WARRANT TO ISSUE

_____
UNITED STATES DISTRICT JUDGE